An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WENDY J. PAULUK; CHRISSY
PAULUK; AND DEAN ZACHRISON,
Appellants,
vs.
SOUTHERN NEVADA HEALTH
DISTRICT F/K/A CLARK COUNTY
HEALTH DISTRICT; GLENN SAVAGE;
EDWARD WOJCIK; AND JERRY
BOYD,
Respondents.

No. 65937

**FILED**

JUL 11 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on June 26, 2014, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie C. Linda_

---

[1] In light of this order, respondents' motion to dismiss appeal is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

14-22583

cc: Hon. Jessie Elizabeth Walsh, District Judge
Chrissy Pauluk
Dean Zachrison
Wendy J. Pauluk
Olson, Cannon, Gormley, Angulo & Stoberski
Eighth District Court Clerk